# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Ricky Simms Cleaning Service LLC | 11/30/2022 | Wire | $ 4,784.85 |
| Akorn Operating Company, LLC | Ricky Simms Cleaning Service LLC | 12/9/2022 | Wire | $ 7,618.78 |
| Akorn Operating Company, LLC | Ricky Simms Cleaning Service LLC | 1/6/2023 | Wire | $ 4,188.23 |
| Akorn Operating Company, LLC | Ricky Simms Cleaning Service LLC | 2/14/2023 | Wire | $ 7,401.91 |
| | | | | $ 23,993.77 |